# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adinan Abdul Muthalib,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>John F. Kelly, et. al.<br><br>　　　　Respondents.<br>_____ | NO. SA CV 16-02186-KS<br><br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: April 19, 2017

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　KAREN L. STEVENSON
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE